UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELISABETH DISCHEL, | ) |
| Plaintiff, | ) Case No. 2:21-cv-1398 |
| v. | ) DEFENDANT STANDARD INSURANCE COMPANY'S NOTICE TO PLAINTIFF OF REMOVAL TO FEDERAL COURT |
| STANDARD INSURANCE COMPANY, | ) |
| Defendant. | ) |

TO:        Plaintiff Elisabeth Dischel;

AND TO:   Mel Crawford, Law Office of Mel Crawford, her Attorneys of Record:

NOTICE IS HEREBY GIVEN, pursuant to the provisions of 28 U.S.C. §1446(d), that on October 13, 2021, Defendant Standard Insurance Company filed a Notice of Removal of this action to the United States District Court for the Western District of Washington at Seattle. True and correct copies of the Notice of Removal, as well as the accompanying Civil Cover Sheet, Complaint, and Jury Demand, and the Declaration of Steven D. Jensen with exhibits, the Declaration of Kristen Samperisi, and the Notice to State Court Clerk of Removal to Federal Court are attached hereto.

///

///

///

DEFENDANT STANDARD INSURANCE COMPANY'S
NOTICE TO PLAINTIFF OF REMOVAL TO FEDERAL
COURT - 1
CASE NO. 2:21-cv-1398

JENSEN MORSE BAKER PLLC
1809 SEVENTH AVENUE, SUITE 410
SEATTLE, WA 98101
PHONE: 206.682.1550

///

DATED: October 13, 2021.

                                          JENSEN MORSE BAKER PLLC

By *s/ Steven D. Jensen*
    Steven D. Jensen, WSBA No. 26495
    steve.jensen@jmblawyers.com

Attorneys for Defendant Standard Insurance Company

DEFENDANT STANDARD INSURANCE COMPANY'S NOTICE TO PLAINTIFF OF REMOVAL TO FEDERAL COURT - 2
CASE NO. 2:21-cv-1398

JENSEN MORSE BAKER PLLC
1809 SEVENTH AVENUE, SUITE 410
SEATTLE, WA 98101
PHONE: 206.682.1550

# **CERTIFICATE OF SERVICE**

Pursuant to RCW 9A.72.085, the undersigned certifies, under penalty of perjury under the laws of the United States of America and the State of Washington, that on the 13th day of October, 2021, the document attached hereto was delivered to the below counsel in the manner indicated.

| | |
|---|---|
| Mel Crawford, WSBA No. 22930<br>Law Office of Mel Crawford<br>9425 35th Avenue NE; Suite C<br>Seattle, WA 98115<br>Tel: 206.694.1614<br>melcrawford@melcrawfordlaw.com<br>*Attorneys for Plaintiff* | ☑ by CM/ECF<br>☑ by Electronic Mail<br>☐ by Facsimile Transmission<br>☐ by First Class Mail<br>☐ by Hand Delivery<br>☐ by Overnight Delivery |

DATED this 13th day of October, 2021.

By *s/ Steven D. Jensen*
Steven D. Jensen

DEFENDANT STANDARD INSURANCE COMPANY'S NOTICE TO PLAINTIFF OF REMOVAL TO FEDERAL COURT - 3
CASE NO. 2:21-cv-1398

JENSEN MORSE BAKER PLLC
1809 SEVENTH AVENUE, SUITE 410
SEATTLE, WA 98101
PHONE: 206.682.1550