THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELISABETH DISCHEL, | Case No. 2:21-cv-01398-TSZ |
| Plaintiff, | STANDARD INSURANCE COMPANY'S ANSWER TO COMPLAINT FOR VIOLATION OF WASHINGTON'S INSURANCE FAIR CONDUCT ACT; VIOLATION OF WASHINGTON'S CONSUMER PROTECTION ACT; TORTIOUS BAD FAITH HANDLING OF INSURANCE CLAIM; AND BREACH OF CONTRACT |
| v. | |
| STANDARD INSURANCE COMPANY, | |
| Defendant. | |

COMES NOW defendant Standard Insurance Company ("Standard") and hereby Answers plaintiff's Complaint for Violation of Washington's Insurance Fair Conduct Act; Violation of Washington's Consumer Protection Act; Tortious Bad Faith Handling of Insurance Claim; and Breach of Contract ("Complaint") as follows:

1.  Answering paragraph I. of plaintiff's Complaint, Standard denies the allegations.

2.  Answering paragraph 2.1 of plaintiff's Complaint, Standard denies that the King County Superior Court has any jurisdiction. The matter has been removed to Federal Court.

3.  Answering paragraph 2.2 of plaintiff's Complaint, Standard denies that the King County Superior Court is a proper venue. The matter has been removed to Federal Court.

4.  Answering paragraph 3.1 of plaintiff's Complaint, Standard admits that plaintiff is an adult. Standard lacks sufficient information as to the balance of the allegations and,

DEFENDANT STANDARD INSURANCE COMPANY'S
ANSWER TO COMPLAINT - 1
CASE NO. 2:21-CV-01398-TSZ

JENSEN MORSE BAKER PLLC
1809 SEVENTH AVENUE, SUITE 410
SEATTLE, WA 98101
PHONE: 206.682.1644

therefore, denies the same.

5. Answering paragraph 3.2 of plaintiff's Complaint, Standard admits the allegations.

6. Answering paragraph 4.1 of plaintiff's Complaint, Standard admits the allegations.

7. Answering paragraph 4.2 of plaintiff's Complaint, Standard asserts that plaintiff has set forth legal conclusions to which no responsive pleading is required. In any event, Standard admits the allegations.

8. Answering paragraph 4.3 of plaintiff's Complaint, Standard admits that it issued Protector Platinum Insurance Policy No. 00CC371800 ("Policy") to Elisabeth Dischel in 2014. The Policy speaks for itself. Standard denies the balance of the allegations.

9. Answering paragraph 4.4 of plaintiff's Complaint, Standard lacks sufficient information and, therefore, denies the allegations.

10. Answering paragraph 4.5 of plaintiff's Complaint, Standard asserts that the Policy speaks for itself. To the extent that the allegations purport to characterize, quote from, or interpret the Policy, Standard denies the allegations. Standard further denies the balance of the allegations.

11. Answering paragraph 4.6 of plaintiff's Complaint, Standard asserts that the Policy speaks for itself. To the extent that the allegations purport to characterize, quote from, or interpret the Policy, Standard denies the allegations. Standard further denies the balance of the allegations.

12. Answering paragraph 4.7 of plaintiff's Complaint, Standard asserts that the Policy speaks for itself. To the extent that the allegations purport to characterize, quote from, or interpret the Policy, Standard denies the allegations. Standard further denies the balance of the allegations.

13. Answering paragraph 4.8 of plaintiff's Complaint, Standard asserts that the Policy speaks for itself. To the extent that the allegations purport to characterize, quote from, or interpret the Policy, Standard denies the allegations. Standard further denies the balance of the allegations.

14. Answering paragraph 4.9 of plaintiff's Complaint, Standard asserts that the Policy speaks for itself. To the extent that the allegations purport to characterize, quote from, or interpret

DEFENDANT STANDARD INSURANCE COMPANY'S
ANSWER TO COMPLAINT - 2
CASE NO. 2:21-CV-01398-TSZ

JENSEN MORSE BAKER PLLC
1809 SEVENTH AVENUE, SUITE 410
SEATTLE, WA 98101
PHONE: 206.682.1644

the Policy, Standard denies the allegations. Standard further denies the balance of the allegations.

15. Answering paragraph 4.10 of plaintiff's Complaint, Standard asserts that the Policy speaks for itself. To the extent that the allegations purport to characterize, quote from, or interpret the Policy, Standard denies the allegations. Standard further denies the balance of the allegations.

16. Answering paragraph 4.11 of plaintiff's Complaint, Standard asserts that the Policy speaks for itself. To the extent that the allegations purport to characterize, quote from, or interpret the Policy, Standard denies the allegations. Standard further denies the balance of the allegations.

17. Answering paragraph 4.12 of plaintiff's Complaint, Standard denies the allegations.

18. Answering paragraph 4.13 of plaintiff's Complaint, Standard denies the allegations.

19. Answering paragraph 4.14 of plaintiff's Complaint, Standard admits that plaintiff made a claim for disability benefits under the Policy. Standard denies the balance of the allegations, if any.

20. Answering paragraph 4.15 of plaintiff's Complaint, Standard admits that it issued a letter dated September 30, 2020. Standard further admits that plaintiff's claim for disability benefits under the Policy was denied. The referenced letter speaks for itself. Standard denies the balance of the allegations, if any.

21. Answering paragraph 4.16 of plaintiff's Complaint, Standard admits that it issued a letter dated September 30, 2020. Standard further admits that it advised plaintiff that she could request a review. The referenced letter speaks for itself. Standard denies the balance of the allegations, if any.

22. Answering paragraph 4.17 of plaintiff's Complaint, Standard admits that plaintiff requested a review. Standard denies the balance of the allegations.

23. Answering paragraph 4.18 of plaintiff's Complaint, Standard admits that it issued

DEFENDANT STANDARD INSURANCE COMPANY'S
ANSWER TO COMPLAINT - 3
CASE NO. 2:21-CV-01398-TSZ

JENSEN MORSE BAKER PLLC
1809 SEVENTH AVENUE, SUITE 410
SEATTLE, WA 98101
PHONE: 206.682.1644

a letter dated March 17, 2021. Standard further admits that the decision to deny plaintiff's claim was upheld. The referenced letter speaks for itself. Standard denies the balance of the allegations, if any.

24. Answering paragraph 4.19 of plaintiff's Complaint, Standard denies the allegations.

25. Answering paragraph 4.20 of plaintiff's Complaint, Standard denies the allegations.

26. Answering paragraph 4.21 of plaintiff's Complaint, Standard denies the allegations.

27. Answering paragraph 4.22 of plaintiff's Complaint, Standard denies the allegations.

28. Answering paragraph 4.23 of plaintiff's Complaint, Standard asserts that plaintiff has set forth legal conclusions to which no responsive pleading is required. In any event, Standard denies the allegations.

29. Answering paragraph 4.24 of plaintiff's Complaint, Standard asserts that plaintiff has set forth legal conclusions to which no responsive pleading is required. In any event, Standard denies the allegations. That said, Standard did fairly evaluate plaintiff's claim.

30. Answering paragraph 4.25 of plaintiff's Complaint, Standard asserts that plaintiff has set forth legal conclusions to which no responsive pleading is required. In any event, Standard denies the allegations. That said, Standard did act promptly, fairly, and equitably with respect to plaintiff and her claim.

31. Answering paragraph 4.26 of plaintiff's Complaint, Standard asserts that plaintiff has set forth legal conclusions to which no responsive pleading is required. In any event, Standard denies the allegations. That said, Standard did act in good faith at all times.

32. Answering paragraph 4.27 of plaintiff's Complaint, Standard denies the allegations.

33. Answering paragraph 4.28 of plaintiff's Complaint, Standard denies the

DEFENDANT STANDARD INSURANCE COMPANY'S
ANSWER TO COMPLAINT - 4
CASE NO. 2:21-CV-01398-TSZ

JENSEN MORSE BAKER PLLC
1809 SEVENTH AVENUE, SUITE 410
SEATTLE, WA 98101
PHONE: 206.682.1644

allegations.

34. Answering paragraph 4.29 of plaintiff's Complaint, Standard denies the allegations.

35. Answering paragraph 4.30 of plaintiff's Complaint, Standard denies the allegations.

36. Answering paragraph 4.31 of plaintiff's Complaint, Standard denies the allegations.

37. Answering paragraph 4.32 of plaintiff's Complaint, Standard denies the allegations.

38. Answering paragraph 4.33 of plaintiff's Complaint, Standard denies the allegations.

39. Answering paragraph 4.34 of plaintiff's Complaint, Standard denies the allegations.

40. Answering paragraph 4.35 of plaintiff's Complaint, Standard denies the allegations.

41. Answering paragraph 4.36 of plaintiff's Complaint, Standard denies the allegations.

42. Answering paragraph 4.37 of plaintiff's Complaint, Standard denies the allegations.

43. Answering paragraph 4.38 of plaintiff's Complaint, Standard denies the allegations.

44. Answering paragraph 4.39 of plaintiff's Complaint, Standard denies the allegations.

45. Answering paragraph 4.40 of plaintiff's Complaint, Standard denies the allegations.

46. Answering paragraph 4.41 of plaintiff's Complaint, Standard denies the allegations.

DEFENDANT STANDARD INSURANCE COMPANY'S
ANSWER TO COMPLAINT - 5
CASE NO. 2:21-CV-01398-TSZ

JENSEN MORSE BAKER PLLC
1809 SEVENTH AVENUE, SUITE 410
SEATTLE, WA 98101
PHONE: 206.682.1644

47. Answering paragraph 4.42 of plaintiff's Complaint, Standard denies the allegations.

48. Answering paragraph 4.43 of plaintiff's Complaint, Standard denies the allegations.

49. Answering paragraph 4.44 of plaintiff's Complaint, Standard denies the allegations.

50. Answering paragraph 4.45 of plaintiff's Complaint, Standard denies the allegations.

51. Answering paragraph 4.46 of plaintiff's Complaint, Standard asserts that plaintiff has set forth legal conclusions to which no responsive pleading is required. In any event, Standard denies the allegations.

52. Answering paragraph 4.47 of plaintiff's Complaint, Standard denies the allegations.

53. Answering paragraph 4.48 of plaintiff's Complaint, Standard asserts that plaintiff has set forth legal conclusions to which no responsive pleading is required. In any event, Standard denies the allegations.

54. Answering paragraph 5.1.1 of plaintiff's Complaint, Standard re-alleges its responses to paragraphs I. through 4.48.

55. Answering paragraph 5.1.2 of plaintiff's Complaint, Standard asserts that plaintiff has set forth legal conclusions to which no responsive pleading is required. In any event, Standard denies the allegations.

56. Answering paragraph 5.1.3 of plaintiff's Complaint, Standard denies the allegations.

57. Answering paragraph 5.1.4 of plaintiff's Complaint, Standard denies the allegations.

58. Answering paragraph 5.1.5 of plaintiff's Complaint, Standard denies the allegations.

DEFENDANT STANDARD INSURANCE COMPANY'S
ANSWER TO COMPLAINT - 6
CASE NO. 2:21-CV-01398-TSZ

JENSEN MORSE BAKER PLLC
1809 SEVENTH AVENUE, SUITE 410
SEATTLE, WA 98101
PHONE: 206.682.1644

59. Answering paragraph 5.1.6 of plaintiff's Complaint, Standard denies the allegations.

60. Answering paragraph 5.1.7 of plaintiff's Complaint, Standard denies the allegations.

61. Answering paragraph 5.1.8 of plaintiff's Complaint, Standard denies the allegations.

62. Answering paragraph 5.1.9 of plaintiff's Complaint, Standard asserts that plaintiff has set forth legal conclusions to which no responsive pleading is required. In any event, Standard denies the allegations.

63. Answering paragraph 5.2.1 of plaintiff's Complaint, Standard re-alleges its responses to paragraphs I. through 5.1.9.

64. Answering paragraph 5.2.2 of plaintiff's Complaint, Standard denies the allegations.

65. Answering paragraph 5.2.3 of plaintiff's Complaint, Standard denies the allegations.

66. Answering paragraph 5.2.4 of plaintiff's Complaint, Standard denies the allegations.

67. Answering paragraph 5.2.5 of plaintiff's Complaint, Standard denies the allegations.

68. Answering paragraph 5.2.6 of plaintiff's Complaint, Standard denies the allegations.

69. Answering paragraph 5.2.7 of plaintiff's Complaint, Standard denies the allegations.

70. Answering paragraph 5.2.8 of plaintiff's Complaint, Standard denies the allegations.

71. Answering paragraph 5.3.1 of plaintiff's Complaint, Standard re-alleges its responses to paragraphs I. through 5.2.8.

DEFENDANT STANDARD INSURANCE COMPANY'S
ANSWER TO COMPLAINT - 7
CASE NO. 2:21-CV-01398-TSZ

JENSEN MORSE BAKER PLLC
1809 SEVENTH AVENUE, SUITE 410
SEATTLE, WA 98101
PHONE: 206.682.1644

72. Answering paragraph 5.3.2 of plaintiff's Complaint, Standard asserts that plaintiff has set forth legal conclusions to which no responsive pleading is required. In any event, Standard denies the allegations. That said, Standard did act in good faith and did act fairly.

73. Answering paragraph 5.3.3 of plaintiff's Complaint, Standard asserts that plaintiff has set forth legal conclusions to which no responsive pleading is required. In any event, Standard denies the allegations. That said, Standard did act in good faith and did act fairly. Standard acted appropriately at all times.

74. Answering paragraph 5.3.4 of plaintiff's Complaint, Standard denies the allegations.

75. Answering paragraph 5.3.5 of plaintiff's Complaint, Standard denies the allegations.

76. Answering paragraph 5.3.6 of plaintiff's Complaint, Standard denies the allegations.

77. Answering paragraph 5.4.1 of plaintiff's Complaint, Standard re-alleges its responses to paragraphs I. through 5.3.6.

78. Answering paragraph 5.4.2 of plaintiff's Complaint, Standard admits that it issued the Policy to plaintiff. The Policy speaks for itself. Standard denies the balance of the allegations.

79. Answering paragraph 5.4.3 of plaintiff's Complaint, Standard denies the allegations.

80. Answering paragraph 5.4.4 of plaintiff's Complaint, Standard asserts that plaintiff has set forth legal conclusions to which no responsive pleading is required. In any event, Standard denies the allegations.

81. Answering paragraph 5.4.5 of plaintiff's Complaint, Standard denies the allegations.

82. Answering paragraph 5.4.6 of plaintiff's Complaint, Standard denies the allegations.

DEFENDANT STANDARD INSURANCE COMPANY'S
ANSWER TO COMPLAINT - 8
CASE NO. 2:21-CV-01398-TSZ

JENSEN MORSE BAKER PLLC
1809 SEVENTH AVENUE, SUITE 410
SEATTLE, WA 98101
PHONE: 206.682.1644

83. Answering paragraph 5.4.7 of plaintiff's Complaint, Standard denies the allegations.

84. Standard denies that plaintiff is entitled to the relief requested in her Prayer For Relief, including paragraphs 6.1, 6.2, 6.3, 6.4, 6.5, 6.6, 6.7, 6.8, 6.9, 6.10, 6.11, 6.12, 6.13, and 6.14 of plaintiff's Complaint, and further denies any factual allegations contained therein.

85. Any allegations in the Complaint that are not expressly admitted above are hereby denied.

## AFFIRMATIVE DEFENSES

BY WAY OF AFFIRMATIVE DEFENSES, Standard alleges as follows:

1. Plaintiff's Complaint, or some of the allegations in it, fails to state a claim upon which relief can be granted.

2. Plaintiff's claims are barred, either in whole or in part, by virtue of the various provisions, exclusions, definitions, terms, conditions, endorsements and limitations of the Policy. A copy of the Policy is incorporated by reference as if fully set forth herein. Standard reserves the right to rely upon any and all provisions and terms of the Policy in its defense of this matter.

3. Plaintiff has failed to provide Standard with information that plaintiff is or was qualified for benefits under the Policy; therefore, plaintiff's Complaint should be dismissed.

4. Plaintiff has failed to satisfy all conditions precedent and conditions subsequent to receiving benefits under the Policy, requiring dismissal of her claims.

5. Any determinations made by Standard with respect to plaintiff's claims were made in accordance with the terms and conditions of the Policy; Standard acted reasonably and in good faith.

6. Plaintiff's claims are barred, in whole or in part, to the extent the proximate cause of the damages, if any, sustained by plaintiff was the negligence, fault, acts or omissions of entities other than Standard.

DEFENDANT STANDARD INSURANCE COMPANY'S
ANSWER TO COMPLAINT - 9
CASE NO. 2:21-CV-01398-TSZ

JENSEN MORSE BAKER PLLC
1809 SEVENTH AVENUE, SUITE 410
SEATTLE, WA 98101
PHONE: 206.682.1644

7. Plaintiff's claims and/or damages are barred or reduced, in whole or in part, due to plaintiff's contributory or comparative fault, and/or her negligent or intentional misconduct, and/or her breach of contract, and/or her failure to provide appropriate information, and/or her lack of good faith. Such conduct bars plaintiff's claims or reduces plaintiff's claims in an amount to be determined at the time of trial.

8. Plaintiff has failed to mitigate, minimize, or avoid some or all of the damages referenced in the complaint.

9. Standard is entitled to an apportionment of fault. RCW 4.22, *et seq.*, applies to this case including, but not limited to, RCW 4.22.070.

10. To the extent plaintiff is deemed entitled to recover benefits, and without admitting that plaintiff is entitled to recover benefits under the Policy, such immediate entitlement does not mean that plaintiff has an entitlement to unlimited future benefits given, *inter alia*, her recovery from any allegedly disabling conditions, as well as the effect of different Policy requirements, exclusions or limitations. The Policy does not permit or provide for payment of accelerated or future benefits.

11. Plaintiff's claims, in whole or in part, are barred by the doctrines of waiver, laches, estoppel, unclean hands, mootness, ripeness, and other equitable defenses.

12. Standard specifically reserves the right to amend its answer by way of adding additional affirmative defenses, counterclaims, cross-claims and/or by instituting third-party actions.

### STANDARD'S PRAYER FOR RELIEF

WHEREFORE, having answered plaintiff's Complaint and having asserted affirmative defenses, Standard prays for judgment as follows:

1. For dismissal of plaintiff's Complaint with prejudice;

2. For Standard's costs, disbursements, and attorneys' fees in an amount to be determined at the time of trial; and

DEFENDANT STANDARD INSURANCE COMPANY'S
ANSWER TO COMPLAINT - 10
CASE NO. 2:21-CV-01398-TSZ

JENSEN MORSE BAKER PLLC
1809 SEVENTH AVENUE, SUITE 410
SEATTLE, WA 98101
PHONE: 206.682.1644

3. For such other and further relief as the Court deems just and equitable.

DATED: October 19, 2021

JENSEN MORSE BAKER PLLC

By s/ *Steven D. Jensen*
Steven D. Jensen, WSBA No. 26495
steve.jensen@jmblawyers.com

1809 Seventh Avenue, Suite 410
Seattle, WA 98101
Telephone: (206) 682-1644
Facsimile: (206) 682-1496
Attorneys for Defendant Standard Insurance Company

DEFENDANT STANDARD INSURANCE COMPANY'S
ANSWER TO COMPLAINT - 11
CASE NO. 2:21-CV-01398-TSZ

JENSEN MORSE BAKER PLLC
1809 SEVENTH AVENUE, SUITE 410
SEATTLE, WA 98101
PHONE: 206.682.1644

**CERTIFICATE OF SERVICE**

Pursuant to RCW 9A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the 19th day of October, 2021, the document attached hereto was delivered to the below counsel in the manner indicated.

| | |
|---|---|
| Mel Crawford, WSBA No. 22930<br>Law Office of Mel Crawford<br>9425 35th Avenue NE; Suite C<br>Seattle, WA 98115<br>Tel: 206.694.1614<br>melcrawford@melcrawfordlaw.com | ☑ by CM/ECF<br>☑ by Electronic Mail<br>☐ by Facsimile Transmission<br>☐ by First Class Mail<br>☐ by Hand Delivery<br>☐ by Overnight Delivery |

DATED this 19th day of October, 2021.

By s/ *Steven D. Jensen*
Steven D. Jensen

DEFENDANT STANDARD INSURANCE COMPANY'S
ANSWER TO COMPLAINT - 12
CASE NO.

JENSEN MORSE BAKER PLLC
1809 SEVENTH AVENUE, SUITE 410
SEATTLE, WA 98101
PHONE: 206.682.1644